UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WHITE BROKERAGE COMPANY, et al.,

       Plaintiffs,

vs.                                                 Civil Action No. 10-CV-10754
                                                           HON. MARK A. GOLDSMITH

J.R. MAZZOLA, JR, et al.,

       Defendants.
_____/

## ORDER CONCERNING PLAINTIFFS' RENEWED MOTION FOR JUDGMENT AGAINST CORPORATE DEFENDANT J.R. MAZZOLA, INC.

On November 24, 2010, several Plaintiffs filed a renewed motion for judgment against Corporate Defendant J.R. Mazzola, Inc. (D.E. 80). Additional Plaintiffs joined in the motion (D.E. 81-82). No response to the motion has been received. The time for a response has lapsed, and this Court has not received any request for an extension.

Although this matter was scheduled for a hearing before the Court on January 19, 2011 at 2:00PM in Flint, the Court has reviewed the motion and can decide it without the need for a hearing.

For the reasons set forth in the motion, the Court GRANTS the motion for judgment against Defendant J.R. Mazzola, Inc. (D.E. 80). The Court will issue a judgment in a separate document.

The Court notes that a hearing on the Court's show cause order regarding Mr. Sean M. Walsh (D.E. 75) was also scheduled for the same day. This hearing remains in effect and will be held on January 19, 2011 at 2:00 PM in Flint.

SO ORDERED.

Dated: January 10, 2011              s/Mark A. Goldsmith
                                     MARK A. GOLDSMITH
                                     United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on January 10, 2011.

                                     s/Deborah J. Goltz
                                     DEBORAH J. GOLTZ
                                     Case Manager