# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| WHITE BROKERAGE COMPANY, et al. ) | CASE NO. 4:10-cv-10754 |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | JUDGE MARK A. GOLDSMITH |
| ) | |
| J.R. MAZZOLA, INC., et al. ) | |
| ) | |
| Defendants. ) | |

## FINAL JUDGMENT AGAINST DEFENDANT J. R. MAZZOLA, INC.

This matter came before the Court on motion for entry of final judgment against the corporate Defendant J. R. Mazzola, Inc. The Court hereby finds J. R. Mazzola, Inc. currently indebted and liable to Plaintiff, Consolidated Plaintiff, and Intervening Plaintiffs (collectively, "Plaintiffs") on valid trust claims. Accordingly, Judgment is appropriate at this time. Therefore it is,

**HEREBY ORDERED AND ADJUDICATED:**

1. Plaintiffs herein are each perfected trust beneficiaries under Section 5(c) of the Perishable Agricultural Commodities Act ("PACA"), 7 U.S.C. §499e(c), against J. R. Mazzola, Inc. for claims in the aggregate amount of $1,038,376.31, as of July 2, 2010, as set forth on the Amended Omnibus PACA Trust Chart (Doc. No. 68).

2. Judgment is hereby entered in favor of Plaintiffs herein and against J. R. Mazzola, Inc. in the following individual amounts:

| Plaintiff | Judgment Amount |
|---|---:|
| Tom Lange Company, Inc. | $217,831.12 |
| Eastern Oregon Produce, LLC | $34,052.20 |
| White Brokerage Company | $38,918.11 |
| AAA Produce Exchange, Inc. | $3,862.85 |
| I Love Produce, LLC. | $12,102.77 |
| Sun Valley Potatoes, Inc. | $480,786.04 |
| Victory Farms Sales | $17,706.19 |
| Hearty Fresh, Inc. | $7,726.16 |
| Magic Valley Produce, Inc. | $55,693.39 |
| Jack Mall Potato Co., Inc. | $41,452.96 |
| Bushmans', Inc. | $41,357.79 |
| Midway Produce, Inc. | $44,584.23 |
| Standage Farms, Inc. | $13,831.50 |
| Miedema Produce, Inc. | $28,471.00 |
| **Totals** | $1,038,376.31 |

3.     For those Plaintiffs which have contractual claims for interest and attorneys fees, those claims shall continue on a post-judgment basis at the contracted rate until paid in full. Otherwise, post-judgment interest shall accrue on all Judgment amounts pursuant to 28 U.S.C. §1961 at the current federal rate of 0.44% per annum from the entry date of this Judgment until paid in full.

4.     All of J.R. Mazzola, Inc.'s cash, inventory, accounts receivable, and all other assets and income sources derived from the proceeds from the sale of perishable agricultural commodities, including without limitation J.R. Mazzola, Inc.'s ownership and leasehold interests at the Detroit

Produce Terminal, 7201 Fort Street, Detroit, Michigan, are all hereby impressed with an equitable lien in enforcement of the PACA trust pursuant to 7 U.S.C. §499(e)(c)2.

5. J.R. Mazzola, Inc.'s last known address is 7201 Fort Street, Room 57, Detroit, Michigan 48209.

6. Plaintiffs can be contacted c/o Mark A. Amendola, Esq., Martyn and Associates, 820 W. Superior Avenue, Tenth Floor, Cleveland, Ohio 44113.

7. The Court hereby enters this final Judgment against J. R. Mazzola, Inc. as provided in Fed. R. Civ. P. 54(b). None of the Plaintiffs are parties to any pending counterclaims or cross claims in this Court, and therefore the rights between Plaintiffs and J. R. Mazzola, Inc. cannot be affected by the continued proceeding among/between any other parties. Accordingly, there is no just reason for delay in entering this Judgment for which sums let execution issue.

**IT IS SO ORDERED.**


Dated: January 10, 2011            s/Mark A. Goldsmith
                                                     MARK A. GOLDSMITH
                                                     United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on January 10, 2011.

                                                       s/Deborah J. Goltz
                                                       DEBORAH J. GOLTZ
                                                       Case Manager