UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WHITE BROKERAGE COMPANY, et al.,

    Plaintiffs,

                                          Civil Action No. 10-CV-10754

vs.                                            HON. MARK A. GOLDSMITH

J.R. MAZZOLA, JR, et al.,

    Defendants.
_____/

## ORDER GRANTING D.E. 132 AND EXTENDING CERTAIN DATES

On April 7, 2011, the Court held a telephonic motion hearing regarding the motion for withdrawal of attorney Stuart J. Snider, counsel for Intervenor Plaintiff Miedema Produce, Inc. (Docket entry (D.E.) 132). For the reasons stated on the record, the Court orders as follows:

1. The motion is granted. Intervenor Plaintiff Miedema Produce, Inc., has until April 29, 2011 to have an attorney file an appearance on its behalf. Because a corporation may not appear pro se in federal court, Rowland v. California Men's Colony, 506 U.S. 194, 202 (1993), if an attorney does not appear by April 29, 2011, the Court will dismiss with prejudice Miedema's claims that have not yet been reduced to judgment.

2. The Court extends the discovery cut-off to May 31, 2011. The Court also extends the dispositive and expert-related motions due date to May 31, 2011. All other dates remain unchanged.

IT IS SO ORDERED.

Dated: April 8, 2011                                     s/Mark A. Goldsmith
                                                            MARK A. GOLDSMITH
                                                            United States District Judge

## **CERTIFICATE OF SERVICE**

     The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on April 8, 2011.

                                            s/Lisa Wagner for Deborah J. Goltz
                                            DEBORAH J. GOLTZ
                                            Case Manager